Case 1:07-cv-00205-SAS   Document 56   Filed 03/30/09   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

126 MULBERRY ST. REALTY CORP., a/k/a   :
126 MULBERRY STREET REALTY CORP.,

                      Plaintiff,    :

    - against -              :

DIAMOND STATE INSURANCE
COMPANY,                 :    **ORDER**

                Defendant.    :    07 Civ. 205 (SAS) (FM)

-------------------------------------------------------------x

DIAMOND STATE INSURANCE                :
COMPANY,
                                      :

               Third-Party Plaintiff,

    -against-                 :

A PLUS COVERAGE, INC., and BENEFIT    :
COVERAGE, INC.,                        :

               Third-Party Defendants.    :

-------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby ORDERED that a conference shall be held on April 9, 2009, at 10 a.m., in Courtroom 20A of the United States Courthouse, 500 Pearl Street, New York, New York.

        SO ORDERED.

Dated:     New York, New York
             March 27, 2009

                                                FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Shira A. Scheindlin
United States District Judge

Robert M. Sullivan, Esq.
Sara B. Feldman, Esq.
Sullivan, Manarel & Paige, LLP
Fax: (212) 695-0915

Michael A. Miranda, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
Fax: (516) 741-9060

Howard S. Kronberg, Esq.
Keidel, Weldon & Cunningham, LLP
Fax: (914) 948-7010