UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09

126 MULBERRY ST. REALTY CORP., a/k/a   :
126 MULBERRY STREET REALTY CORP.,
                                                                  :
                              Plaintiff,
                                                                  :
         - against -
                                                                  :
DIAMOND STATE INSURANCE
COMPANY,                                                  :        **ORDER**

                              Defendant.         :        07 Civ. 205 (SAS) (FM)

------------------------------------------------------------x

DIAMOND STATE INSURANCE           :
COMPANY,
                                                                  :
                    Third-Party Plaintiff,
                                                                  :
         -against-
                                                                  :
A PLUS COVERAGE, INC., and BENEFIT
COVERAGE, INC.,                                     :

                    Third-Party Defendants.    :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held earlier today, it is hereby ORDERED that a settlement conference shall be held on May 5, 2009, at 2 p.m., in the United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel should call Chambers the day before to determine which courtroom will be used. Additionally, two

days prior to the settlement conference, counsel shall submit their respective engineering reports and any ex parte information they wish to discuss.

        SO ORDERED.

Dated:      New York, New York
              April 9, 2009

                                        FRANK MAAS
                                 United States Magistrate Judge

Copies to:

Hon. Shira A. Scheindlin
United States District Judge

Robert M. Sullivan, Esq.
Sara B. Feldman, Esq.
Sullivan, Manarel & Paige, LLP
Fax: (212) 695-0915

Michael A. Miranda, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
Fax: (516) 741-9060

Howard S. Kronberg, Esq.
Keidel, Weldon & Cunningham, LLP
Fax: (914) 948-7010