UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

126 Mulberry St. Realty Co.

                    Plaintiff(s),                    ORDER OF DISCONTINUANCE

                    -against-                    07 Civ. 205 (SAS)(FM)

Diamond State Insurance Company;
(3rd party) A Plus Coverage
                  Defendant(s).
------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

        ORDERED that said action be and hereby is, discontinued (with)/without prejudice and with/(without) costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:       New York, New York
               September 17, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/09

_____
FRANK MAAS
United States Magistrate Judge

The Sullivan Law Group LLP
By: _____
Attorney(s) for Plaintiff

_____
Attorney(s) for Defendant

Agreed and Consented to:

_____

Agreed and Consented to:

_____

ORDER OF DISCONTINUANCE        Page Two         Date: 9/17/09

Case: 126 Mulberry St. Realty Co. v. Diamond State Insurance Co.

Docket No.: 07 civ 205          (SAS)(FM)

Additional Parties:

_____
Attorney(s) for A Plus Coverage

Agreed and Consented to:


_____
Attorney(s) for _____

Agreed and Consented to:


_____
Attorney(s) for _____

Agreed and Consented to:


_____
Attorney(s) for _____

Agreed and Consented to:


_____
Attorney(s) for _____

Agreed and Consented to:


_____
Attorney(s) for _____

Agreed and Consented to: